HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
LISA NBEMBY LUMEYA, DC Bar # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RUKHMA BUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUKHMA BUTT,<br><br>　　　　　Defendant. | Case No. 1:25-mj-00096-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Rukhma Butt, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive his right to personally appear at the status conference hearing on September 2, 2025, at 2 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver. Ms. Butt agrees that her interests shall be represented at all times by the presence of her attorneys at the Office of the Federal Public Defender, the same as if Ms. Butt were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

Ms. Butt lives in Yosemite National Park, California. She is charged with violating 18 U.S.C. 113(a)(4). Ms. Butt was arraigned in Fresno on August 29, 2025, before the Honorable Barbara A. McAuliffe. At that time, the defense requested a Rule 43 waiver, but the Court deferred to the Honorable Magistrate Judge Helena Barch-Kuchta.

The Government, represented by Assistant United States Attorney Arin Heinz, does not object to the defense's request for such a waiver.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 29, 2025        */s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
LISA NDEMBU LUMEYA
Assistant Federal Defender
Attorney for Defendant
RUKHMA BUTT

# O R D E R

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on September 2, 2025, at 2:00 p.m. and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated:   **September 2, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

BUTT - Rule 43 Waiver