AO 199A (Rev.12/11 - EDCA [Fresno Version 3]) Order Setting Conditions of Release - Misd.

Case 1:25-mj-00096-HBK    Document 3    Filed 08/29/25    Page 1 of



# UNITED STATES DISTRICT COURT

for the

## Eastern District of California

AUG 2 9 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,          )

    **v.**                                      )

RUKHMA BUTT,                            )

Case No.    1 :25-MJ-0096-BAM

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(I)   The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall cooperate with the collection of a DNA sample, if authorized by 34 U.S.C. 40702;

(4)   You must not communicate with or otherwise interact with I.S., within 50 yards, either directly or indirectly or through someone else.

(5)   The defendant must appear at:    <u>U.S. DISTRICT COURT - FRESNO  2500 Tulare Street      Fresno, CA 93721</u>

*Place*

on _____<u>09/02/2025 at 2:00  pm</u>_____

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: <u>8/29/2025</u>

_____
*Defendant's signature*

Date: 8/29/2025

_____
*Judicial Officer's Signature*

<u>Magistrate Judge Barbara A. McAuliffe</u>
*Printed name and title*